IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

V.                                                              4:08CR00134-01 JMM

LARCELLA ROBINSON, JR.

**ORDER**

The Defendant has filed a motion to amend his judgment to state that his federal and state sentences should run concurrently.

18 U.S.C. § 3585(b) states:

Credit for prior custody.– A defendant shall be given credit toward the service of a term of imprisonment for any time he has spent in official detention prior to the date the sentence commences–
    (1) as a result of the offense for which the sentence was imposed; or
    (2) as a result of any other charge for which the defendant was arrested after the commission of the offense for which the sentence was imposed;
that has not been credited against another sentence.

18 U.S.C. § 3585(b). Mr. Robinson was incarcerated in the Arkansas Department of Correction in June 2007 for a criminal violation in state court. He was not sentenced for his federal charges in this Court until September 2009. The Court stated that the Defendant's federal term of imprisonment was to run concurrent to his undischarged term of imprisonment in the ADC. According to 18 U.S.C. § 3585(b), the time the Defendant served for his state violation, prior to his federal sentence, may not count toward his federal sentence. Further, the Court does not have jurisdiction over the computation of the Defendant's sentence. The Bureau of Prisons makes the determination as to when an inmate has served his federal sentence.

The Defendant's Motion to Amend (ECF No. 52) is DENIED.

IT IS SO ORDERED this 29th day of January, 2014.


                                                                                            _____
                                                                                            James M. Moody
                                                                                            United States District Judge